UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. William H. Walls

v. : Crim. No. 10-721

LUIS ANDRES FAIFE-RUIZ : ORDER FOR CONTINUANCE

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Stacey A. Levine, Assistant U.S. Attorney, appearing), and defendant Luis Andres Faife-Ruiz (Samuel R. De Luca, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter for a period of 60 days to allow the parties to conduct plea negotiations pursuant to Title 18, United States Code, Section 3161(h)(7)(A), so that the parties could attempt to resolve the matter and thereby avoid a possible trial, and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any trial of this matter unnecessary; and

(2) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 27th day of October, 2010,

ORDERED that this action be, and hereby is, continued for a period of 60 days from October 20, 2010; and it is further

ORDERED that the period from October 20, 2010 through December 16, 2010 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. WILLIAM J. WALLS
United States District Judge

Form and entry
consented to:

STACEY A. LEVINE
Assistant U.S. Attorney

SAMUEL R. DE LUCA, ESQ.
Counsel for defendant Faife-Ruiz