UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| v. | : | Crim. No. 10-712 |
| | | CONTINUANCE ORDER |
| LUIS ANDRES FAIFE-RUIZ | : | |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Stacey A Levine, Assistant U.S. Attorney), and defendant Luis Andres Faife-Ruiz (by Samuel R. De Luca, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has a right to have the matter brought to trial within seventy (70) days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1), and as the defendant has consent to this continuance and waived such right at his arraignment, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to discuss a potential resolution, which would render trial of this matter unnecessary; and

2. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this ___7___ day of _December_, 2010,

IT IS ORDERED that the proceedings in the above-captioned matter are continued from December 16, 2010 through and including March 23, 2011; and

IT IS FURTHER ORDERED that December 16, 2010 through and including March 23, 2011 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

HON. WILLIAM H. WALLS
United States District Judge

Form and entry consented to:

Stacey A. Levine
Assistant U.S. Attorney

Samuel R. De Luca, Esq.
Counsel for Defendant Faife-Ruiz